**No. 10-9029. Alfredo Perez-Gutierrez, Petitioner v. United States.**

562 U.S. 1300, 131 S. Ct. 1711, 179 L. Ed. 2d 641, 2011 U.S. LEXIS 2190.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 970.

**No. 10-9041. Richard Armand Pindle, Petitioner v. United States.**

562 U.S. 1300, 131 S. Ct. 1711, 179 L. Ed. 2d 641, 2011 U.S. LEXIS 2130.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 838.

**No. 10-9042. Jesus Medina Vasquez, Petitioner v. United States.**

562 U.S. 1300, 131 S. Ct. 1712, 179 L. Ed. 2d 641, 2011 U.S. LEXIS 2119.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 401 Fed. Appx. 940.

**No. 10-9045. Earl Jones, Petitioner v. United States.**

562 U.S. 1300, 131 S. Ct. 1712, 179 L. Ed. 2d 641, 2011 U.S. LEXIS 2150.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 402 Fed. Appx. 121.

**No. 10-9047. Hector Radames Roche-Moreno, aka Eduardo Gonzalez-Santiago, Petitioner v. United States.**

562 U.S. 1300, 131 S. Ct. 1712, 179 L. Ed. 2d 641, 2011 U.S. LEXIS 2265.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 401 Fed. Appx. 710.

**No. 10-9052. Joshua D. Lindsey, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1712, 179 L. Ed. 2d 641, 2011 U.S. LEXIS 2117.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 615 F.3d 998.

**No. 10-9056. Vandarrel Leon Doe, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1712, 179 L. Ed. 2d 641, 2011 U.S. LEXIS 2136.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9060. Ulyses Juarez-Aguilar, Petitioner v. United States.**

562 U.S. 1301, 131 S. Ct. 1712, 179 L. Ed. 2d 641, 2011 U.S. LEXIS 2271.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 732.